**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Civil Action No. 26-cv-4291 |

**CERTIFICATE OF SERVICE**

I, Shengmao Mu, declare as follows:

1.     I am over eighteen (18) years of age and not a party to this action. I am fully competent to attest to the matters stated herein. I have personal knowledge of every statement made in this Certificate of Service and such statements are true and correct.

2.     I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am one of the attorneys for Plaintiff National Association for Stock Car Auto Racing, LLC ("Plaintiff" or "NASCAR"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

3.     I hereby certify that on June 4, 2026, I or somebody under my direction sent an e-mail that to the e-mail addresses provided by third party service providers and disclosed by Defendants, the Complaint, TRO, all signed Orders and scheduling orders accessible via a

1

downloadable url, attaching Order 18 and Order 19, and informed Defendants of date and method

for the Show Cause hearing to be held June 15, 2026, at 12:00 p.m. remotely.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2026                    Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

2